JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEE HARRIS, | NO. CV 13-7989 FMO (VBKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ASTRAZENECA PHARMACEUTICALS, L.P., et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 22nd day of November, 2013.

/s/
Fernando M. Olguin
United States District Judge